IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD,<br>St. Michaels, MD,[1]<br><br>ROBERT GATES, in his official capacity<br>as SECRETARY OF DEFENSE,<br>The Pentagon<br>1600 Defense Pentagon<br>Washington, DC  20301,<br><br>GEORGE W. CASEY, JR.,<br>Washington, DC,<br><br>WILLIAM H. BRANDENBURG,<br>Honolulu, HI,<br><br>　　　　Defendants. | No. 07-cv-00984-JR |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zachary C. Richter hereby enters his appearance on behalf of all defendants in this matter pursuant to Local Rule of Civil Procedure 83.2(e).

Dated: August 1, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

---

[1]　Portions of the individual defendants' addresses have been withheld for security reasons. Counsel for defendants has conferred with plaintiff's counsel to determine whether plaintiff opposes the withholding of addresses. Plaintiff has not yet taken a position on this issue.

TIMOTHY P. GARREN
Director, Torts Branch

MARY HAMPTON MASON (DC Bar # 4274671)
Senior Trial Attorney, Torts Branch


/s/
ZACHARY C. RICHTER (Texas Bar # 24041773)
Trial Attorney, Torts Branch
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202)616-4199 (phone)
(202)616-4314 (fax)
Zachary.Richter@usdoj.gov

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document on counsel for plaintiff through this Court's Electronic Case Filing system pursuant to LCvR 5.4(d)(1) and by mailing a copy to plaintiff's counsel at the following address:

> Arthur B. Spitzer
> American Civil Liberties Union
> 1400 20th Street, NW
> Suite 119
> Washington, DC  20036

Dated: August 1, 2007

/s/
ZACHARY C. RICHTER
Attorney for Defendants