IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, et al.,<br><br>    Defendants. | No. 07-cv-00984-JR |

**UNOPPOSED MOTION TO CONSOLIDATE RESPONSE DATES
& MEMORANDUM IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the defendants respectfully move this Court for an order allowing them until September 17, 2007, to respond to plaintiff's complaint. Counsel for defendants has conferred with plaintiff's counsel regarding this motion, which is unopposed.

Plaintiff filed this suit on May 29, 2007, and served various defendants at various times over the following weeks. Because all the defendants are current or former officers of the United States sued in their official or individual capacities, Federal Rule of Civil Procedure 12(a)(3)(A) and (B) affords them sixty days to respond to the complaint. Currently, the first defendant served is scheduled to respond by August 20, 2007, and the last defendant served is scheduled to respond by September 17, 2007. Setting all the response dates on September 17, 2007, would permit defendants to consolidate their responses and eliminate the need for duplicative responses where defendants share defenses in common. Such an approach would lessen the burden on the parties and reduce the number of separate documents before this Court. Therefore, the defendants respectfully request that

this Court set September 17, 2007, as the date for all defendants to respond to plaintiff's Complaint.

Dated: August 1, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

TIMOTHY P. GARREN
Director, Torts Branch

MARY HAMPTON MASON (DC Bar # 4274671)
Senior Trial Attorney, Torts Branch


*/s/*
ZACHARY C. RICHTER (Texas Bar # 24041773)
Trial Attorney, Torts Branch
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202)616-4199 (phone)
(202)616-4314 (fax)
Zachary.Richter@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document on counsel for plaintiff through this Court's Electronic Case Filing system pursuant to LCvR 5.4(d)(1) and by mailing a copy to plaintiff's counsel at the following address:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC  20036

Dated: August 1, 2007

*/s/*
ZACHARY C. RICHTER
Attorney for Defendants

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                    |   |                      |
|------------------------------------|---|----------------------|
| CYRUS KAR,                         | \| |                      |
|          Plaintiff,                | \| |                      |
| v.                                 | \| | No. 07-cv-00984-JR   |
| DONALD RUMSFELD, et al.,           | \| |                      |
|          Defendants.               | \| |                      |

## ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion To Consolidate Response

Dates, and the grounds stated therefor, it is on this _____ day of _____, 2007, hereby

ORDERED that said motion should be and hereby is granted; and it is

FURTHER ORDERED that defendants shall respond to plaintiff's complaint on or before

September 17, 2007.


_____
UNITED STATES DISTRICT JUDGE


Zachary C. Richter                      Arthur B. Spitzer
United States Department of Justice     American Civil Liberties Union
Civil Division                          1400 20th St. NW
P.O. Box 7146, Ben Franklin Station     Suite 119
Washington, D.C. 20044                  Washington, D.C. 20036