IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, et al.,<br><br>    Defendants. | No. 07-cv-00984-JR |

### ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion To Consolidate Response Dates, and the grounds stated therefor, it is on this __2nd__ day of __August__, 2007, hereby

ORDERED that said motion should be and hereby is granted; and it is

FURTHER ORDERED that defendants shall respond to plaintiff's complaint on or before September 17, 2007.

_____
JAMES ROBERTSON
United States District Judge

Zachary C. Richter  
United States Department of Justice  
Civil Division  
P.O. Box 7146, Ben Franklin Station  
Washington, D.C. 20044

Arthur B. Spitzer  
American Civil Liberties Union  
1400 20th St. NW  
Suite 119  
Washington, D.C. 20036