IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>             Plaintiff,<br><br>       v.<br><br>DONALD RUMSFELD, *et al.,*<br><br>             Defendants. | No. 07-0984 (JR) |

**NOTICE OF FILING PROOF OF SERVICE**

Please take notice that plaintiff is filing herewith the declaration of Maricela Lopez-Krulak attesting to service of the summons and complaint in this case upon Attorney General Alberto Gonzales.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400  20th Street, N.W. #119
Washington, D.C. 20036\
(202) 457-0800

One of counsel for plaintiff

August 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR,

        Plaintiff,

v.

DONALD RUMSFELD, *et al.,*

        Defendants.

No. 07-0984 (JR)

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT
ON ATTORNEY GENERAL ALBERTO GONZALES**

I, Maricela Lopez-Krulak, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    On June 8, 2007, I served the U.S. Attorney General Alberto Gonzales by sending a copy of the summons and complaint by certified mail in accordance with FRCP Rule 4(i)(1) to the following address: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C., 20530.

3.    A copy of the return receipt is attached to this declaration, showing receipt on June 13, 2007.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of August, 2007 in Los Angeles, California.

                                        /s/ *Maricela Lopez-Krulak*
                                        Maricela Lopez-Krulak

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalez
Attorney General of the U.S.
US Dept. of Justice
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: JUN 18 2007

D. Is delivery address different from item 1? ☐ Yes    ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540