IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR,

        Plaintiff,

v.                                No. 07-0984 (JR)

DONALD RUMSFELD, *et al.,*

        Defendants.

**NOTICE OF FILING PROOF OF SERVICE**

Please take notice that plaintiff is filing herewith the declaration of Maricela Lopez-Krulak attesting to service of the summons and complaint in this case upon defendant Donald Rumsfeld.

                                          Respectfully submitted,

                                          /s/ *Arthur B. Spitzer*
                                          _____
                                          Arthur B. Spitzer, D.C. Bar No. 235960
                                          American Civil Liberties Union
                                            of the National Capital Area
                                          1400 20th Street, N.W. #119
                                          Washington, D.C. 20036\
                                          (202) 457-0800

                                          One of counsel for plaintiff

August 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>              Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, *et al.,*<br><br>              Defendants. | No. 07-0984 (JR) |

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT
ON DEFENDANT DONALD RUMSFELD**

I, Maricela Lopez-Krulak, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     On June 20, 2007, Robert Easton of the DOD Office of General Counsel informed our office that he would accept service on behalf of defendant Donald Rumsfeld via U.S. Mail.

3.     On June 20, 2007, I mailed service copies of the summons and complaint filed in this matter to Mr. Easton at the following address:  Office of General Counsel, 1600 Defense Pentagon, Washington, DC  20301-1600.

4.     Service was completed when the summons and complaint were received on June 28, 2007.  A letter from U.S. Attorney Zachary C. Richter confirming the service date is attached to this declaration.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of August, 2007 in Los Angeles, California.

                                                                    /s/ *Maricela Lopez-Krulak*
                                                                      Maricela Lopez-Krulak



**U.S. Department of Justice**

Civil Division

Washington, D.C. 20530

July 20, 2007

**By U.S. Post & Electronic Mail**
Ranjana Natarajan
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, California 90026-5711

    Re:   *Kar v. Rumsfeld*, No. 07-984 (D.D.C.)

Dear Ms. Natarajan:

    On July 18, 2007, I received a package from your office containing a summons directed to General George Casey, Jr. On July 19, 2007, I received a package with a summons for General William Brandenburg. Both summonses erroneously purport to require a response within twenty days of service. The summons previously delivered to Secretary Donald Rumsfeld suffers from the same error. Please advise your colleagues and staff to review Federal Rule of Civil Procedure 12(a)(3)(B) and the accompanying advisory committee notes. That rule sets sixty days as the response time for present and former federal employees sued in an individual capacity for acts or omissions occurring in connection with their performance of duties on behalf of the United States.

    I am assuming that you intended to serve proper sixty-day summonses, that you will agree to treat the previously issued summonses as such, and that you will promptly advise the clerk's office of the error. If so, we will treat June 28, 2007, as the date of service on Secretary Rumsfeld; July 18, 2007, as the date of service on General Casey; and July 19, 2007, as the date of service on General Brandenburg. If you purport to require any defendant to respond to the complaint within twenty days, please advise me immediately.

    Once we have resolved the issues surrounding service of process, we will be filing a motion to consolidate the response date for all defendants. Assuming you will agree to correct the outstanding summonses, we would seek September 17, 2007, as a consolidated response date. Please advise me whether you oppose such a motion at your earliest convenience.

Ranjana Natarajan
Page 2

Sincerely,

Zachary C. Richter
Attorney, Civil Division