IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD RUMSFELD, *et al.,*<br><br>            Defendants. | No. 07-0984 (JR) |

**NOTICE OF FILING PROOF OF SERVICE**

      Please take notice that plaintiff is filing herewith the declaration of Michael Reeder attesting to service of the summons and complaint in this case upon defendant Secretary of Defense Robert Gates.

                                                                      Respectfully submitted,

                                                                      /s/ *Arthur B. Spitzer*
                                                                      _____
                                                                      Arthur B. Spitzer, D.C. Bar No. 235960
                                                                      American Civil Liberties Union
                                                                        of the National Capital Area
                                                                      1400  20th Street, N.W. #119
                                                                      Washington, D.C. 20036\
                                                                      (202) 457-0800

                                                                      One of counsel for plaintiff

August 9, 2007

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ARTHUR B. SPITZER<br>AMERICAN CIVIL LIBERTIES UNION<br>1400 20TH STREET, N.W.<br>SUITE 119<br>WASHINGTON, DC 20036 | | |
| Telephone No: 202-457-0800   FAX No: 202-452-1868 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT, COURT OF COLUMBIA

Plaintiff: CYRUS KAR

Defendant: DONALD RUMSFELD, ET AL.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:07-CV-00984 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED MAGISTRATE COURT; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILE, ATTORNEY/PARTICIPANT REGISTRATION FORM.

3. a. Party served: ROBERT GATES, IN HIS OFFICIAL CAPACITY AS SECRETARY OF DEFENSE

   b. Person served: SHARON JACOBS FISHER, AGENT AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON SUBJECTS BEHALF., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 1600 DEFENSE PENTAGON
   WASHINGTON, DC 20310

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 14, 2007 (2) at: 4:12PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL REEDER
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

First Legal Support Services ℠
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jun. 15, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(MICHAEL REEDER)
3836978.artsp.71251