IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONALD RUMSFELD, *et al.*,<br><br>　　　　　Defendants. | No. 07-0984 (JR) |

**NOTICE OF FILING PROOF OF SERVICE**

　　Please take notice that plaintiff is filing herewith the declaration of Maricela Lopez-Krulak attesting to service of the summons and complaint in this case upon United States Attorney Jeffrey A. Taylor.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ *Arthur B. Spitzer*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Arthur B. Spitzer, D.C. Bar No. 235960
　　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　　of the National Capital Area
　　　　　　　　　　　　　　　　　　　1400  20th Street, N.W. #119
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036\
　　　　　　　　　　　　　　　　　　　(202) 457-0800

　　　　　　　　　　　　　　　　　　　One of counsel for plaintiff

August 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR,

        Plaintiff,

v.

DONALD RUMSFELD, *et al.,*

        Defendants.

No. 07-0984 (JR)

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT
ON THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA**

I, Maricela Lopez-Krulak, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     On June 8, 2007, I served the United States Attorney for the District of Columbia, Jeffrey A. Taylor, by sending a copy of the summons and complaint by certified mail in accordance with FRCP Rule 4(i)(1) to the following address: U.S. Attorney for the District of Columbia, 555 4th Street, NW, Washington, DC 20001.

3.     A copy of the "Track & Confirm" page from the U.S. Postal Service website receipt is attached to this declaration, showing receipt of that item on June 18, 2007.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 21st day of August, 2007 in Los Angeles, California.

                                            /s/ *Maricela Lopez-Krulak*
                                            Maricela Lopez-Krulak

USPS - Track & Confirm                                                                 Page 1 of 1



Home | Help | Sign In

Track & Confirm         FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7003 3110 0000 1086 7474
Status:

Your item was delivered at 4:56 am on June 18, 2007 in WASHINGTON, DC 20530. The item was signed for by A JENNINGS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

 POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

