IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR<br><br>                Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, *et al.,*<br><br>                Defendants. | No. 07-cv-0984 (JR) |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE**

The defendants filed two motions to dismiss on September 17, 2007, in accordance with the briefing schedule set by the Court. Those motions raise several complex issues that require full briefing and response. In addition, several of Plaintiff's counsel have become unavailable during the months of October and November – one because of pending litigation matters in October followed by pre-scheduled vacation in November, another because of parental leave, and a third because of a pending arbitration that does not conclude until November 9. Plaintiffs therefore seek an extension to December 17, 2007, to file their briefs in opposition to the defendants' motions to dismiss.

Defendants' counsel has pre-scheduled vacation during the holidays at the year's end, and therefore the defendants seek an extension to January 31, 2008 to file any reply briefs in support of their motions to dismiss.

In light of these circumstances, the parties now jointly move for an order setting December 17, 2007, as the date by which plaintiff shall oppose defendants' motions, and January 31, 2008, as the date by which defendants shall file any replies. A proposed order is filed herewith.

Respectfully submitted,

/s/ Mark D. Rosenbaum

_____

Mark D. Rosenbaum
Ranjana Natarajan
Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500, x224
Fax: (213) 250-3919

/s/ Dan Marmalefsky

_____

Dan Marmalefsky
Angelica M. Morales
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel.  (213) 892-5809
Fax:  (213) 892-5454

 /s/ Paul Hoffman

_____

Paul Hoffman
Schonbrun, DeSimone, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731
Fax: (310) 399-704

/s / Arthur B. Spitzer
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Tel. 202-457-0800
Fax 202-452-1868

Attorneys for Plaintiff


Peter D. Keisler
Acting Attorney General

Timothy P. Garren
Director, Torts Branch

Mary Hampton Mason (DC Bar # 4274671)
Senior Trial Attorney, Torts Branch

 /s/ Zachary C. Richter
_____
Zachary C. Richter (Texas Bar # 24041773)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4199 (phone)
(202) 616-4314 (fax)

Attorneys for Defendants

September 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, *et al.*,<br><br>　　　　　Defendants. | No. 07-cv-0984 (JR) |

**ORDER**

Upon consideration of the parties' joint motion to establish a briefing schedule, it is hereby

ORDERED that plaintiff shall file his opposition to defendants' motions to dismiss on or before December 17, 2007, and defendants shall file any replies on or before January 31, 2008.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James Robertson
　　　　　　　　　　　　　　　　　　　　　　　Unitd States District Judge