IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR,

        Plaintiff,

v.

DONALD RUMSFELD, *et al.*,

        Defendants.

No. 07-cv-0984 (JR)

**PLAINTIFF'S RESPONSE TO
THE UNITED STATES' MOTION TO DISMISS**

    Plaintiff does not oppose the United States' Motion to Dismiss or Section IV of the Individual Defendants' Motion to Dismiss requesting that this Court dismiss Plaintiff's claims for declaratory judgment. Plaintiff's election not to oppose these motions should not be construed as agreement with the characterizations of facts and law underlying them.

    Respectfully submitted,

    /s/ *Mark D. Rosenbaum*

    _____
    Mark D. Rosenbaum
    Ranjana Natarajan
    Ahilan T. Arulanantham
    ACLU Foundation of Southern California
    1616 Beverly Boulevard
    Los Angeles, California 90026
    Tel: (213) 977-9500, x224
    Fax: (213) 250-3919

la-953870

/s/ *Dan Marmalefsky*

_____
Dan Marmalefsky
Skye Donald
Angelica Morales
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Tel: (213) 892-5809
Fax: (213) 892-5454

/s/ *Paul Hoffman*

_____
Paul Hoffman
Schonbrun, DeSimone, Seplow, Harris &
   Hoffman
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731
Fax: (310) 399-704

/s / *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
Attorneys for Plaintiff

December 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR,<br><br>   Plaintiff,<br><br>v.<br><br>DONALD RUMSFELD, *et al.*,<br><br>   Defendants. | No. 07-cv-0984 (JR) |

**[Proposed] ORDER**

Upon consideration of the motions to dismiss filed by the United States and the individual defendants, and plaintiff's responses thereto, it is hereby

ORDERED that the unopposed motion of the United States and of the individual defendants to dismiss plaintiff's claims for declaratory judgment are hereby granted; and it is further

ORDERED that the individual defendants' motion to dismiss is in all other respects denied.


Date: _____     _____
                   James Robertson
               United States District Judge