IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CYRUS KAR,

       Plaintiff,

v.

DONALD RUMSFELD, et al.,

       Defendants.

---

No. 07-cv-00984-JR

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that C. Frederick Beckner III hereby enters his appearance in this matter on behalf of Defendants Donald Rumsfeld, Robert Gates, George W. Casey, Jr., and William H. Brandenburg pursuant to Local Rule of Civil Procedure 83.2(e).

Dated: July 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General


*/s/*
C. FREDERICK BECKNER III (DC Bar # 451193)
Deputy Assistant Attorney General
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
950 Pennsylvania Ave., NW
Room 3129
Washington, D.C.  20530
(202) 514-3045 (phone)
(202) 514-8071 (fax)
Rick.Beckner@usdoj.gov

TIMOTHY P. GARREN
Director, Torts Branch

MARY HAMPTON MASON (DC Bar # 4274671)
Senior Trial Attorney, Torts Branch


*/s/*
ZACHARY C. RICHTER (Texas Bar # 24041773)
Trial Attorney, Torts Branch
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202)616-4199 (phone)
(202)616-4314 (fax)
Zachary.Richter@usdoj.gov

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document on counsel for plaintiff through this

Court's Electronic Case Filing system pursuant to LCvR 5.4(d)(1).

Dated: July 1, 2008

*/s/*
ZACHARY C. RICHTER
Attorney for Defendants

2