IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR,

        Plaintiff,

v.                                              No. 07-cv-00984-JR

DONALD RUMSFELD, et al.,

        Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Donald Rumsfeld, George Casey, and William Brandenburg advise the Court

that the Second Circuit has granted rehearing *en banc* in *Arar v. Ashcroft*, 532 F.3d 157 (2d Cir.

2008), *reh'g en banc granted*, No. 06-4216 (2d Cir. Aug. 12, 2008).  Defendants Rumsfeld,

Casey, and Brandenburg cited the panel opinion in *Arar* to the Court at oral argument on July 9,

2008, a transcript of which was received on September 5, 2008.

Dated:  September 5, 2008

                              Respectfully submitted,

                              GREGORY G. KATSAS
                              Acting Assistant Attorney General

                              C. FREDERICK BECKNER III
                              Deputy Assistant Attorney General

                              TIMOTHY P. GARREN
                              Director, Torts Branch

                              MARY HAMPTON MASON (DC Bar # 4274671)
                              Senior Trial Attorney, Torts Branch

/s/
ZACHARY C. RICHTER (Texas Bar # 24041773)
Trial Attorney, Torts Branch
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202)616-4199 (phone)
(202)616-4314 (fax)
Zachary.Richter@usdoj.gov

ATTORNEYS FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document on counsel for plaintiff through this Court's Electronic Case Filing system pursuant to LCvR 5.4(d)(1).

Dated: September 5, 2008

/s/
ZACHARY C. RICHTER
Attorney for Defendants

2